Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, LAURIE BOSSELMANN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LAURIE BOSSELMANN, | Case No.: 10-cv-06208 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

Plaintiff, LAURIE BOSSELMANN, though her attorneys, informs this Honorable Court that Plaintiff has settled her case with NORTHSTAR LOCATION SERVICES, LLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully Submitted,

DATED: November 10, 2010         KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano
Mahadhi Corzano, Esq
Attorney for Plaintiff,
LAURIE BOSSELMANN

- 1 -