Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, LAURIE BOSSELMANN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LAURIE BOSSELMANN, | Case No.: 10-cv-06208 |
| Plaintiff, | VOLUNTARY DISMISSAL |
| v. | |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LAURIE BOSSELMANN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 27, 2010                              KROHN & MOSS, LTD.


                                                     By: /s/ Mahadhi Corzano

                                                     Mahadhi Corzano, Esq
                                                     Attorney for Plaintiff,
                                                     LAURIE BOSSELMANN